IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| KAREN R. CUMMINS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:15CV00184 SWW |
| | * | |
| ARKANSAS STATE HIGHWAY & | * | |
| TRANSPORTATION DEPARTMENT, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## JUDGMENT

Pursuant to the Opinion and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and hereby is, dismissed with prejudice.

IT IS SO ORDERED this 7th day of September, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE